IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANNE WEST, TOM BROWN,

        Plaintiffs,

           v.

DOCUSIGN, INC.,

        Defendant.

19cv0501
LEAD CASE
ELECTRONICALLY FILED

---

TOM BROWN,

        Plaintiff,

           v.

AFFINITY GAMING,

        Defendant.

19cv0502
CONSOLIDATED CASE

---

ARNOLD VARGAS, TOM BROWN,

        Plaintiffs,

           v.

AJ MADISON, INC.,

        Defendant.

19cv0507
CONSOLIDATED CASE

---

ANTOINETTE SUCHENKO, TOM BROWN,

        Plaintiffs,

           v.

PLOW & HEARTH,

        Defendant.

19cv0508
CONSOLIDATED CASE

| | |
|---|---|
| ANTOINETTE SUCHENKO, TOM BROWN, | |
| Plaintiffs, | 19cv0513<br>CONSOLIDATED CASE |
| v. | |
| NUTS.COM, INC. *and,* DOES 1-5, | |
| Defendants. | |

| | |
|---|---|
| TOM BROWN, | |
| Plaintiff, | 19cv0515<br>CONSOLIDATED CASE |
| v. | |
| AMERICAN EAGLE OUTFITTERS, INC. *doing business as* TODD SNYDER, | |
| Defendant. | |

| | |
|---|---|
| ANTOINETTE SUCHENKO, TOM BROWN, | |
| Plaintiffs, | 19cv0516<br>CONSOLIDATED CASE |
| v. | |
| SIMPLISAFE, INC., | |
| Defendant. | |

ANTOINETTE SUCHENKO,
TOM BROWN,

        Plaintiffs,

            v.

IGLOO PRODUCTS CORP.,

        Defendant.

                       19cv0529
                       CONSOLIDATED CASE

---

TOM BROWN,

        Plaintiff,                      19cv0530
                                     CONSOLIDATED CASE

            v.

PELICAN PRODUCTS, INC.,

        Defendant.

---

DEMIELI WRIGHT *and* KAREN CLARK,

        Plaintiffs,                    1:19cv0126 Erie
                                    CONSOLIDATED CASE

            v.

PARAGON APPAREL *and* DOES 1 to 5,

        Defendants.

---

KAREN CLARK,

        Plaintiff,                      1:19cv127 Erie
                                   CONSOLIDATED CASE

            v.

FOREVER YOUNG APPAREL, DOES 1-5,

        Defendants.

KAREN CLARK,

   Plaintiff,       1:19cv128 Erie
                CONSOLIDATED CASE
   v.

123STORES, INC., DOES 1-5,

   Defendants.

---

KAREN CLARK,

   Plaintiff,       1:19cv129 Erie
                CONSOLIDATED CASE
   v.

SHOPRUNNER, INC.,

   Defendant.

---

KAREN CLARK, TERA DONAHUE,

   Plaintiff,       1:19cv0132 Erie
                CONSOLIDATED CASE
   v.

GOOD AMERICAN, INC.,

   Defendant.

---

KAREN CLARK,

   Plaintiff,       1:19cv0135 Erie
                CONSOLIDATED CASE
   v.

ALIBRIS. INC., DOES 1-5,

   Defendants.

KAREN CLARK,

        Plaintiff,                              1:19cv0136 Erie
                                                    CONSOLIDATED CASE

        v.

FRAGRANCENET.COM, INC., DOES 1-5,

        Defendants.

---

KAREN CLARK, SOFIA MONTANO,

        Plaintiffs,                             1:19cv0137 Erie
                                                   CONSOLIDATED CASE

        v.

TRINATURK.COM, LT2, INC., DOES 1-5,

        Defendants.

---

KAREN CLARK, TERA DONAHUE,

        Plaintiffs,                             1:19cv0138 Erie
                                                   CONSOLIDATED CASE

        v.

PROPERTYROOM.COM, INC., DOES 1-5,

        Defendants.

---

KAREN CLARK,

        Plaintiff,                              1:19cv0139 Erie
                                                   CONSOLIDATED CASE

        v.

INTERNATIONAL GREEN HOUSE
CONTRACTORS, INC. *doing business as*
GREENHOUSE MEGASTORE,

        Defendant.

KAREN CLARK, SOFIA MONTANO,

    Plaintiffs,

    v.

CLARA CANYON, LLC *doing business as* CANYON COOLERS,

    Defendant.

1:19cv0140 Erie
CONSOLIDATED CASE

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 19-126 Erie, 19-127 Erie, 19-128 Erie, 19-129 Erie, 19-132 Erie, 19-135 Erie, 19-136 Erie, 19-137 Erie, 19-138 Erie, 19-139 Erie, 19-140 Erie, 19-502, 19-507, 19-508, 19-513, 19-515, 19-516, 19-529, and 19-530, are hereby consolidated with Civil Action No. 19-501, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-501.

3. The Clerk of Court shall close Civil Action No. 19-126 Erie, 19-127 Erie, 19-128 Erie, 19-129 Erie, 19-132 Erie, 19-135 Erie, 19-136 Erie, 19-137 Erie, 19-138 Erie, 19-139 Erie, 19-140 Erie, 19-502, 19-507, 19-508, 19-513, 19-515, 19-516, 19-529, and 19-530

**SO ORDERED** this 17th day of May, 2019.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge